# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

CHARLES KEVIN GARMON,

    Plaintiff,

v.

JOHN PAUL; LARRY BREWTON; and BRUCE CHATMAN;

    Defendants.

CIVIL ACTION NO.: CV613-059

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 6 day of Feb, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA